**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**District Judge Gordon P. Gallagher**

Civil Action No. 26-cv-02609-GPG

CARLOS JESUS DIAZ RIVAS,

Petitioner,

v.

JUAN BALTASAR, *Warden- Aurora ICE Processing Center,*
TODD LYONS, *Acting Field Officer Director- U.S. Immigration and Customs Enfrocement,*
MARKWAYNE MULLIN, *Secretary- U.S. Department of Homeland Security,*
TODD BLANCHE, *U.S. Attorney General,*

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 18] entered on August 3, 2026, by United States District Judge Gordon P. Gallagher, it is

ORDERED that Respondents have complied with the Order [D. 18] and Petitioner was released from custody. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 13th day of August 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By: s/D. Clement
Deputy Clerk